UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SWEET SOUL, INC., SWEET SOUL BISTRO 2, INC., SWEETSOULSEAFOOD, LLC, VICTORIOUS LLC, PLATINUM LOUNGE, INC., TOYAGREEN LLC, TOYA GREEN, and MICKEY ANDERSON as personal representative of the estate of RONALD CAMERON ANDERSON,<br><br>Defendants. | Case No. 22-11688<br>Honorable Laurie J. Michelson<br>Magistrate Judge David R. Grand |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Post-Remand Order (ECF No. 56) entered today, the case is hereby DISMISSED.

Dated this 3rd day of July 2024 in Detroit, Michigan.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/Erica Parkin
DEPUTY CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

July 3, 2024